

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSHUA STACY, <br><br> Plaintiff, <br><br> v. <br> JUDGE TANIA M.L. SAYLOR, in her individual capacity and in her official capacity <br><br> JUDGE JONATHAN D. FRIEDEN, in his individual capacity and in his official capacity <br><br> JUDGE MICHELLE KAMINSKY, in her individual capacity and in her official capacity <br><br> Chris Falcon, FAIRFAX COUNTY CIRCUIT COURT CLERK <br><br> MARIA SIMON, and THE GELLER LAW GROUP, PLLC, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. <br> 1:25-cv-01642 |

**MOTION FOR LEAVE TO FILE ELECTRONICALLY**

1

Plaintiff Joshua Stacy respectfully moves this Court for an order granting him leave to file electronically through the CM/ECF system pursuant to Federal Rule of Civil Procedure 5(d)(3)(B). Plaintiff requests permission to submit all future filings electronically and to receive electronic service of all filings in this matter.

As set forth more fully in the accompanying Memorandum in Support, good cause exists for granting this motion because Plaintiff's mail-only filing requirement has resulted in significant prejudice, including multi-day mailing delays, compressed response times, and substantial additional costs incurred to meet court deadlines. Electronic filing would eliminate these barriers, promote efficient case administration, and restore procedural parity between the parties.

In the alternative, should the Court decline to grant CM/ECF access at this time, Plaintiff respectfully requests a seven-day extension of all current and future deadlines to mitigate the prejudice caused by mandatory mail-only filing.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant Plaintiff leave to file electronically through the CM/ECF system;
2. Permit Plaintiff to receive electronic service of all filings; and
3. Direct the Clerk to provide the necessary CM/ECF registration instructions;

and in the alternative, grant a seven-day extension of all deadlines.

Respectfully submitted,

/s/ **Joshua Stacy**
Joshua Stacy
Plaintiff, Pro Se

2

**Certificate of Service**

I hereby certify that on this 20th day of November, 2025 I have mailed a copy of the Motion for Leave to File Electronically to the Clerk of the Court who will upload it to the CM/ECF and send notification to all counsel of record and registered parties.

Respectfully submitted,

/s/ Joshua Stacy

Joshua Stacy, Pro Se

5515 Michelli Crest Way

Las Vegas, NV 89149

(310) 773-2620

joshua.stacy@gmail.com

3



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSHUA STACY, )
)
 Plaintiff, )
)
v. ) Case No. 1:25-cv-01642
  )
TANIA SAYLOR, et al., )
)
 Defendants. ) .

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of:

1. Plaintiff's Motion for Leave to File Electronically
2. Plaintiff's Memorandum ISO Motion for Leave to File Electronically
3. Draft Order for the above.
4. Notice of Waiver of Oral Argument for Motion for Leave to file FAC.
5. Notice of Waiver of Oral ARgument for Motion for Leave to file elcronically.
6. Any other submission to this Court under Plaintiff's name.

Joshua Stacy

Plaintiff, *Pro Se*
Executed on 11/20/2025

1